IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02694-AP

DEBORAH QUINLISK,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Kenneth J. Shakeshaft
1530 South Tejon Street
Colorado Springs, CO 80905
(719) 635-5886

<u>For Defendant</u>:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
(303) 844-0017

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** December 10, 2008

   B. **Date Complaint was Served on U.S. Attorney's Office**: December 22, 2008

   C. **Date Answer and Administrative Record Were Filed:** February 23, 2009

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does she intend to submit any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7. OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8. BRIEFING SCHEDULE**

   A. **Plaintiff's Opening Brief**: Due April 22, 2009

   B. **Response Brief due:** May 26, 2009

   C. **Reply Brief due:** June 9, 2009

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:** The Plaintiff does not request oral arguments.

   B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (X)    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 10th day of March, 2009

                          BY THE COURT:

                          *s/John L. Kane*
                          U.S. DISTRICT COURT JUDGE

| APPROVED: | DAVID M. GAOUETTE<br>Acting United States Attorney |
|---|---|
| | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>District of Colorado |
| s/Kenneth J. Shakeshaft<br>Kenneth J. Shakeshaft, #12618<br>1530 South Tejon Street<br>Colorado Springs, CO 80905<br>office@shakeshaftlawfirm.com<br>Telephone: (719) 635-5886<br>Attorney for Plaintiff | s/Thomas H. Kraus<br>By: Thomas H. Kraus<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>(303) 844-0017<br>*tom.kraus@ssa.gov*<br>Attorneys for Defendant |