IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02694-PAB

DEBORAH QUINLISK,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER GRANTING MOTION FOR ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

---

This matter is before the Court on plaintiff's unopposed motion for attorney fees [Docket No. 26] brought pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The Court being fully apprised of the motion's premises, it is

**ORDERED** that the unopposed motion for attorney fees [Docket No. 26] is GRANTED, and defendant is ordered to pay the amount of $1,590.00 to plaintiff for attorney fees under the EAJA. It is further

**ORDERED** that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007).

DATED February 1, 2010.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge